**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIAN LEN LEDFORD, | : | Civil No. 1:25-CV-01686 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| WARDEN J. GREENE, | : | |
| | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 23rd day of October, 2025, for the reasons set forth in

the accompanying memorandum, **IT IS ORDERED THAT:**

1. The petition, Doc. 1, is **DISMISSED** without prejudice to Petitioner
   raising his claims in a civil rights complaint.

2. The Clerk of Court is directed to **CLOSE** the case.


<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania